SCOTT N. JOHNSON, ESQ., SBN 166952
DISABLED ACCESS PREVENTS INJURY, INC.
5150 FAIR OAKS BLVD., SUITE 101
PMB #253
CARMICHAEL, CA 95608-5758
TELEPHONE (916) 485-3516
FAX (916) 481-4224
E-MAIL scottnjohnson@comcast.net

Attorney for Plaintiff Scott N. Johnson

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Scott N. Johnson<br><br>           Plaintiff,<br><br>     vs.<br><br><br>Gaines Liquor, LLC, et al,<br><br><br><br>           Defendants | Case No.: CIV.S 10-cv-00252-MCE-DAD<br><br>**PLAINTIFF'S REQUEST FOR DISMISSAL OF AGNES M. TSUTSUMI; ORDER**<br><br>Complaint Filed: FEBRUARY 1, 2010<br><br>**CASE TO REMAIN OPEN AS TO REMAINING DEFENDANTS** |

**IT IS HEREBY REQUESTED** by Plaintiff, Scott N. Johnson, that Defendant (Agnes M. Tsutsumi) be and is hereby dismissed **WITHOUT PREJUDICE** pursuant to FRCP 41(a)(2). This case is to remain open as to the remaining Defendants. Defendant (Agnes M. Tsutsumi) is dismissed because Plaintiff cannot achieve proper service on this Defendant.

Dated: April 13, 2010                           /s/Scott N. Johnson_____
                                                SCOTT N. JOHNSON
                                                Attorney for Plaintiff

1  **IT IS SO ORDERED**.

2

3  Dated: April 16, 2010

4  _____
   MORRISON C. ENGLAND, JR
5  UNITED STATES DISTRICT JUDGE